IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

CORNELL J. EILAND,

Defendant.                                        No. 11-CR-30153-DRH-3

## ORDER

**HERNDON, District Judge:**

Now before the Court is defendant Cornell J. Eiland's *pro se* motion seeking transfer (Doc. 247). Defendant specifically requests that the United States Marshals Service (USMS) move defendant from Monroe County Jail to a different facility with better facility conditions in order to allow him to work on his legal case, pending the final hearing on his revocation of supervised release scheduled for April 19, 2018. Given that the Court does not have authority to direct the operations and decision making of the USMS, defendant's *pro se* motion for transfer is denied (Doc. 247).

Without commenting on the merits of the issues raised in defendant's motion, the Court recommends that in the event that defendant is not moved, and problems persist with the conditions of his confinement, he should file grievances with the facility. If the situation is not rectified after filing grievances, defendant

should then consider filing the appropriate writ of habeas seeking relief from the Court.

Therefore, defendant's *pro se* motion for transfer (Doc. 247) is **DENIED**. The Court **DIRECTS** the Clerk to mail a copy of this order to defendant Cornell J. Eiland at the address listed on the envelope attached to his recently filed motion (Doc. 247-1). The Clerk is further **DIRECTED** to update the docket sheet to show defendant Eiland's new address.

**IT IS SO ORDERED.**

Judge Herndon
2018.02.09
06:27:04 -06'00'

**United States District Judge**